**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

|  |  |  |
|---|---|---|
| Fred Douglas Graves, | ) ) ) | |
| Plaintiff, | ) ) | **JUDGMENT IN A CIVIL CASE** |
| v. | ) ) | CV 08-323-PHX-JAT (LOA) |
| Sheriff Joseph M. Arpaio, et al., | ) ) | |
| Defendants. | ) ) | |

___  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED by way of this Court dismissing this action without prejudice for failure to comply  with this Court's Order of April 21st 2008.  Plaintiff shall take nothing.

| | |
|---|---|
| _May 22nd___2008_ | RICHARD H. WEARE_____ |
| Date | District Court Executive/Clerk |
| | |
| | ___/s/ Kathy Gerchar_____ |
| | (By) Kathy Gerchar  Deputy Clerk |

cc: [all counsel]